RECEIVED

JUL 2 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| McPherson | Civil Action No. 17-cv-00481 |
| versus | Judge Rebecca F. Doherty |
| Advantage Surveillance Inc, et al | Magistrate Judge Carol B. Whitehurst |

### ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand filed by plaintiff, Kimberlin Frank McPherson [Rec. Doc. 8], is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24 day of July, 2017.

Rebecca F. Doherty
United States District Judge